UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANIEL R. DEPREZ,

    Plaintiff,

                                         Civil No. 06-1210-HA

    v.

                                         JUDGMENT

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

    Defendant.

    Based on the record,

    IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed, and this case is remanded to the Commissioner for further proceedings.

    Dated this  31  day of March, 2008.

                                              /s/ ANCER L. HAGGERTY
                                                ANCER L. HAGGERTY
                                        UNITED STATES DISTRICT JUDGE