FILED'08 MAY 23 11:57 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| DANIEL DEPREZ, | Civil No. 3:06-CV-1210-HA |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR EAJA FEES |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,200.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and that payment shall be made directly to Plaintiff's attorney, Karen Stolzberg at 11830 SW Kerr Parkway, #315, Lake Oswego, OR 97035.

DATED this __23__ day of __May__, 2008.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Richard M. Rodriguez
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
(206) 615-3748
Of Attorneys for Defendant

Page 1      ORDER - [3:06-CV-1210-HA]